CATHERINE NEWMAN, as Administratrix of the Estate of FRANK
L. NEWMAN, Deceased, Respondent, *v.* THE NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Newman* v. *N. Y. C. & H. R. R. R. Co.*, 125 App. Div. 903, affirmed.
(Argued January 13, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered April
2, 1908, affirming a judgment in favor of plaintiff entered upon
a verdict and an order denying a motion for a new trial in an
action to recover for the death of plaintiff's intestate alleged
to have occurred through defendant's negligence.

*L. B. Williams* for appellant.

*James E. Newell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : EDWARD T. BARTLETT, HAIGHT, VANN and WER-
NER, JJ.   Dissenting : CULLEN, Ch. J., GRAY and HISCOCK, JJ.

---

FRANK A. RAYMOND, Appellant, Impleaded with Others, *v.*
MAYNARD N. CLEMENT, as State Commissioner of Excise,
et al., Respondents.

*Raymond* v. *Clement*, 118 App. Div. 528, affirmed.
(Argued January 14, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 6, 1907, affirming a judgment in favor of defendants
entered upon a dismissal of the complaint by the court on trial
at an Equity Term in an action to have declared illegal and
void an alleged submission of excise questions to the electors
of the town of Randolph.

*Alex. Wentworth* and *C. D. Davie* for appellant.

*Royal R. Scott* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.